983

Laura V. BROWN, Debtor, Appellant, v. The NEW YORK LIFE INSURANCE COMPANY, a Corporation, and John W. Garrett, Liquidator; The National Bank of Herndon, Herndon, Virginia, Appellees.

No. 3878.

Circuit Court of Appeals, Fourth Circuit.

July 23, 1935.

Leo A. Rover, of Washington, D. C., and Archer L. Jones, of Hopewell, Va., for appellant.

Charles Pickett, of Fairfax, Va., for appellees.

PER CURIAM.

Case dismissed under rule 20, in accordance with agreement of counsel.

In re BROWNING KING & CO., Bankrupt. The PEOPLE OF THE STATE OF NEW YORK, Appellant, v. IRVING TRUST COMPANY, Appellee.

No. 76.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of In re Flatbush Gum Co., 73 F.(2d) 283 (C.C.A.2).

George T. BUCKINGHAM et al. v. CONSOLIDATED CEMENT CORPORATION, Debtor, et al.

No. 1301.

Circuit Court of Appeals, Tenth Circuit.

Aug. 13, 1935.

Clifford Histed, of Kansas City, Mo., for appellants.

R. E. Murray, of Kansas City, Mo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on stipulation.

S. L. CANTLEY, Receiver, etc., Appellant, v. Levi T. SLAYDEN.

No. 10330.

Circuit Court of Appeals, Eighth Circuit.

June 28, 1935.

Grover T. Owens and S. Lasker Ehrman, both of Little Rock, Ark., and W. E. Rhea, of St. Louis, Mo., for appellant.

W. P. Smith, of Walnut Ridge, Ark., for appellee.

PER CURIAM.

Appeal allowed by this court dismissed, with costs, per stipulation of parties.